# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| TOTAL QUALITY LOGISTICS, LLC, | : | CASE NO. 1:18-cv-366 |
|---|---|---|
| PLAINTIFF, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | AGREED ORDER REMANDING CASE |
| LEE M. HUBBARD, | : | |
| DEFENDANT. | : | |

By agreement of the parties, this case is hereby remanded to the Clermont County Court of Common Pleas, and Plaintiff's request for attorney's fees concerning Defendant's removal of the case to federal court is withdrawn. Each party shall be responsible for its own costs and attorney's fees.

SO ORDERED.

\_\_\_\_S/Susan J. Dlott_____
Judge Susan J. Dlott

*/s/ Timothy G. Pepper*
_____
Timothy G. Pepper (0071076)
Valerie M. Talkers (0088769)
Taft Stettinius & Hollister LLP
40 North Main Street, Suite 1700
Dayton, OH 45423
(937) 641-2054
(937) 228-2816-fax
pepper@taftlaw.com
vtalkers@taftlaw.com
*Attorneys for Plaintiff*

*/s/ Stephen E. Imm*

_____
Stephen E. Imm (0040068)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5678
(513) 943-6669-fax
stephen@finneylawfirm.com
*Attorney for Defendant*